UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NEW HOLLAND IP, LLC,

      Plaintiff,                               Case No.  1:24-cv-464

v.                                                 Hon. Robert J. Jonker

PLAYA HOLDING CORPORATION,

      Defendant.

_____/

## THIRD CASE MANAGEMENT ORDER

The Parties jointly move for an extension of all pre-trial deadlines. (ECF No. 64).  If granted, the extension would add 21 days to the overall schedule, and give New Holland 21 additional days to respond to Playa's pending motion to dismiss (ECF 58 and 59).  Based on the Parties' disclosure that productive settlement discussions are occurring, the Court grants the joint motion and enters the following schedule to control as the Third CMO:

| | |
|---|---:|
| Discovery Cut Off: | September 21, 2025 |
| Opening Expert Reports: | May 21, 2025 |
| Responsive Expert Reports: | June 10, 2025 |
| Rebuttal Reports: | June 21, 2025 |
| Dispositive Motion Cut Off: | October 21, 2025 |
| ADR Completion: | September 21, 2025 |
| Second Rule 16 Scheduling Conference | November 10, 2025 @ 4:00 P.M. |
| -Updated Joint Status Report due: | November 3, 2025 |
| New Holland's response to Playa's motion to dismiss, ECF 58 and 59 | April 28, 2025 |

IT IS SO ORDERED.

Dated: March 28, 2025                              /s/ Robert J. Jonker
                                                                                             ROBERT J. JONKER
                                                                      UNITED STATES DISTRICT JUDGE